[Nos. 14758–7–I; 15713–2–I; 17011–2–I.   Division One.   June 16, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CORYDAN COCHRAN, *Appellant.*

*In the Matter of the Personal Restraint of* CORYDAN COCHRAN, *Petitioner.*

Appeals from a judgment of the Superior Court for Whatcom County, No. 83–1–03387–6, Jack S. Kurtz, J., entered April 19, 1984, together with a petition for relief from personal restraint. *Dismissed* by unpublished opinion per Coleman, J., concurred in by Williams and Grosse, JJ.

[No. 16127–0–I.   Division One.   June 16, 1986.]

*In the Matter of the Adoption of* JASON URIAH DEMING.

MARTHA W. DEMING, *Appellant,* v. LAURA SIGLER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–5–00075–8, John E. Rutter, Jr., J., entered November 27, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman, J., and Johnsen, J. Pro Tem.

[No. 16155–5–I.   Division One.   June 16, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDERSON JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–02824–2, Robert E. Dixon, J., entered March 5, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Grosse, J., and Johnsen, J. Pro Tem.